**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 4, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00784-CV

## IN THE ESTATE OF MIKE A. NUSS, DECEASED

**On Appeal from the County Court at Law
Brown County, Texas
Trial Court Cause No. PRB014242**

## MEMORANDUM OPINION

This is an appeal and a cross-appeal from a judgment signed August 20, 2019. On January 28, 2020, appellant/cross-appellee Alan Byrd and appellee/cross-appellant Derek Crawford filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.